12902.    SMITH *v.* THE STATE.

BLOODWORTH, J. There being some evidence to support the verdict, which has the approval of the trial judge, and error being assigned upon the general grounds only, this court is powerless to interfere with the overruling of the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 14, 1921.

Indictment for manufacture of liquor; from Lincoln superior court — Judge W. L. Hodges. September 3, 1921.

*C. J. Perryman,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.